UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tribeca Heli LLC,<br><br>                    Plaintiff<br><br><br>v.<br><br>Analar Corporation<br><br><br><br><br><br>                    Defendants | 25-CV-8818 ( ALC )<br><br>ORDER |

ANDREW L. CARTER, JR., United States District Judge:

Following up from the February 12, 2026 telephonic conference, the Parties' joint status report with the status of settlement negotiations is due April 16, 2026.

SO ORDERED.


Dated:    February 12, 2026
          New York, New York

_____
        ANDREW L. CARTER, JR.
        United States District Judge