UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRIBECA HELI, LLC,

                    Plaintiff,

         -v-

ANALAR CORPORATION, ET AL.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/2026

**ORDER**

25-CV-8818 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's January 7, 2026 Order, ECF No. 24, the parties were directed to file a joint status letter by April 7, 2026. To date, no status letter responding to the January 7, 2026 Order has been filed on the docket. The Court sua sponte extends the deadline to submit a status letter to **April 24, 2026.**

**SO ORDERED.**

Dated: April 17, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge