UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRIBECA HELI, LLC,

          Plaintiff,

      -v-

ANALAR CORPORATION, ET AL.,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/20/2026__

**ORDER**

25-CV-8818 (ALC)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Amended Order of Reference dated April 17, 2026, this case was referred to the undersigned for settlement.  ECF No. 46.  The undersigned construes this referral as a determination that the Third-Party Defendants, Jeffrey Hyman and Helo Holdings, Inc., must participate in a settlement conference.

A conference is scheduled on **May 7, 2026,** at **10:00 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 118 970 856#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: April 20, 2026
     New York, New York

Henry J. Ricardo
United States Magistrate Judge