UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRIBECA HELI, LLC,

               Plaintiff,

      -v-

ANALAR CORPORATION, ET AL.,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/27/2026

**ORDER**

25-CV-8818 (ALC)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Parties' joint status letter, ECF No. 49. The Parties shall file their next joint status letter by **July 23, 2026**.

**SO ORDERED.**

Dated: April 27, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge