USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 7/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRIBECA HELI, LLC,

Plaintiff,

-v-

ANALAR CORPORATION, ET AL.,

Defendants.

**ORDER**

25-CV-8818 (ALC)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated April 27, 2026, the undersigned directed the Parties to submit a joint status letter by July 23, 2026. ECF No. 50. To date, no such status letter has been filed. The Court *sua sponte* extends the deadline to file a joint status letter to **July 30, 2026**.

**SO ORDERED.**

Dated: July 24, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge