USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 7/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRIBECA HELI, LLC,

Plaintiff,

-v-

ANALAR CORPORATION, ET AL.,

Defendants.

**ORDER**

25-CV-8818 (ALC)

**HENRY J. RICARDO, United States Magistrate Judge.**

The joint status letter deadline set by Order dated July 24, 2026 is extended to **August 13, 2026**.

**SO ORDERED.**

Dated: July 27, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge