USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRIBECA HELI, LLC,

Plaintiff,

-v-

ANALAR CORPORATION, ET AL.,

Defendants.

**ORDER**

25-CV-8818 (ALC)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Parties' joint status report. ECF No. 60. The Parties shall submit another joint status report by **August 28, 2026**.

**SO ORDERED.**

Dated: August 14, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge