USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/31/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRIBECA HELI, LLC,

Plaintiff,

-v-

ANALAR CORPORATION, ET AL.,

Defendants.

**ORDER**

25-CV-8818 (ALC)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of parties' joint status report. ECF No. 63. The undersigned congratulates the parties for reaching an agreement in principle. The parties are directed to file a further joint status report by **September 30, 2026**, unless this case is dismissed before then.

**SO ORDERED.**

Dated: August 31, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge